THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:10cv102

SCOTT WESLEY GOFORTH,  )
)
Plaintiff,  )
)
vs.  )
)
MICHAEL J. ASTRUE,  )
Commissioner of Social Security,  )
)
Defendant.  )
_____ )

## JUDGMENT

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's Motion for Summary Judgment [Doc. 7 ] is **DENIED**; the Defendant's Motion for Summary Judgment [Doc. 9 ] is **GRANTED**; and the Commissioner's decision is hereby **AFFIRMED**. This case is hereby **DISMISSED WITH PREJUDICE.**

Signed: December 1, 2011

Martin Reidinger
United States District Judge